606

*tant Attorney General Morris,* and *Messrs. Sewall Key* and *A. F. Prescott* for the United States.

No. 67.  GREIMAN, TRUSTEE, *v.* METROPOLITAN LIFE INSURANCE CO. ET AL.  October 10, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. Murray Greiman, pro se.*  *Mr. Harry Cole Bates* for Metropolitan Life Ins. Co. et al.; *Mr. Edward A. Markley* for Equitable Life Assurance Society; and *Mr. Samuel Milberg* for Samuel S. Sachs, respondents.  By leave of Court, *Mr. Sam T. Swansen* filed a brief on behalf of the Northwestern Mutual Life Ins. Co., as *amicus curiae,* in support of respondents.

No. 72.  ARKANSAS LOUISIANA GAS CO. *v.* TEXARKANA ET AL.  October 10, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Messrs. J. Merrick Moore, H. C. Walker, Jr., William C. Fitzhugh,* and *William H. Arnold, Jr.,* for petitioner.  *Messrs. Willis B. Smith* and *Benjamin E. Carter* for respondents.

No. 78.  COX ET AL. *v.* THOMPSON ET AL.; and

No. 204.  THOMPSON ET AL. *v.* PARK SAVINGS BANK ET AL.  October 10, 1938.  Petitions for writs of certiorari to the Court of Appeals for the District of Columbia denied.  *Messrs. Joseph T. Sherier, Otis Beall Kent, J. S. Flannery,* and *A. A. Hoehling, Jr.* for petitioners in No. 78.  *Messrs. Sherier, Kent, Flannery,* and *Adolph A. Hoehling* for respondents in No. 204.  *Messrs. E. Hilton Jackson, William E. Richardson, J. Bruce Kremer,* and *Herbert M. Bing-*